JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Suzette Cook**, | Case No. SACV 16-02051 AG (DFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CarMax Auto Superstores California LLC**, | |
| Defendant. | |

Plaintiff filed a document under Federal Rule of Civil Procedure 68 stating "Plaintiff accepts the judgment offered of $3,501.00." (Notice, Dkt. No. 18, PageID 101.) Thus, judgment is entered for Plaintiff and against Defendant.

Dated January 3, 2017

_____
Hon. Andrew J. Guilford
United States District Judge